IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| O'BRIEN & FERNANDES HOLDINGS, INC., d/b/a O'Brien's Glass, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL TRANSPORT, LLC, <br><br> Defendant. | CV 116-033 |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 4.) Accordingly, the Court **ORDERS** this case **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 18th day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA